**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       v.                                      Case No. 04-C-1150

**ONE 2000 CADILLAC DEVILLE,**
**VEHICLE IDENTIFICATION NUMBER**
**(VIN) 1G6KD57Y5YU224247 WITH**
**ALL APPURTENANCES AND**
**ATTACHMENTS THEREON, et al.,**

       **Defendants.**

## JUDGMENT OF FORFEITURE

THIS CAUSE having come before the Court upon plaintiff's Motion for Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. The United States shall return to the claimant, Kinney Lewis, by and through his attorney, Raymond M. Dall'Osto, GIMBEL, REILLY, GUERIN & BROWN LAW OFFICES, 330 East Kilbourn Avenue, Suite 1170, Milwaukee, Wisconsin 53202, the defendant property, one 2000 Cadillac Deville bearing vehicle identification number 1G6KD57Y5YU224247, and $948.63 of the defendant property, approximately $1,948.63 in United States currency from Park Bank checking account number 0017352703.

2. All right, title and interest in the remaining defendant properties, miscellaneous electronic equipment, and approximately $1,000.00 from the defendant property,

approximately $1,948.63 in United States currency from Park Bank checking account number 0017352703, is forfeited to the United States of America.

3. The United States Marshal shall deposit the approximately $1,000.00 in United States currency into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

4. The United States Marshal shall sell the defendant property, miscellaneous electronic equipment, and shall deposit the sale proceeds into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

5. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Milwaukee, Wisconsin, this 23rd day of August, 2005.

    s/ Rudolph T. Randa
RUDOLPH T. RANDA
Chief United States District Judge

Judgment entered this 23rd day of August, 2005.

    SOFRON B. NEDILSKY
    Clerk of Court

By:
    s/ Linda M. Zik
    Deputy Clerk